UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AMEDISYS HOLDING, LLC,**

   **Plaintiff,**

v.             **Case No.: 8:20-cv-1031-T-30AAS**

**SAM SIEBU,**

   **Defendant.**
_____/

## ORDER

  Amedisys Holdings, LLC (Amedisys) moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue a writ of garnishment against Bank of America, N.A. for a judgment owed by Sam Sebiu. (Doc. 14).

  Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id*. Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

  Judgment was entered against Mr. Siebu and in favor of Amedisys in the

amount of $100,000. (Doc. 12). According to the motion, this amount remains unpaid. (Doc. 14, p. 1).

Accordingly, Amedisys' Motion for Writ of Garnishment (Doc. 14) is **GRANTED**. The Clerk of Court shall issue the writ of garnishment using the form attached to the motion. (Docs. 14-1). The writ shall include copies of the following: (1) the motion, (2) this order, and (3) the judgment (Doc. 46).

**ORDERED** in Tampa, Florida on November 17, 2020.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc:

Sam Siebu
4009 Harbor Lake Drive,
Lutz, Florida, 33558