# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**AMEDISYS HOLDING, LLC,**

    **Plaintiff,**

v.                                     **Case No. 8:20-cv-1031-T-JSM-AAS**

**SAM SIEBU,**

    **Defendant,**

_____/

## ORDER

Amedisys Holding, LLC (Amedisys) requests an order compelling Sam Siebu to produce responses to post judgment discovery requests. (Doc. 19). Mr. Siebu did not respond to the motion and the deadline to respond has passed.

On August 31, 2020, the court entered a judgment against Mr. Siebu and in favor of Amedisys in the amount of $100,000. (Doc. 12). To satisfy the judgment, Amedisys served Interrogatories in Aid of Execution and Production Requests in Aid of Execution on Mr. Siebu. (Doc. 19, Exs. A, B, C). Mr. Siebu's responses were due on February 22, 2021. To date, Mr. Siebu has neither satisfied the judgment nor responded to Amedisys's discovery requests.

Accordingly, Amedisys's motion for an order compelling Mr. Siebu to respond to its post judgment discovery requests (Doc. 19) is **GRANTED**. Mr.

Siebu must respond to Amedisys's Interrogatories in Aid of Execution and Production Requests in Aid of Execution by **April 30, 2021**. Mr. Siebu is cautioned that failing to comply with this order may result in sanctions. *See* Fed. R. Civ. P. 37(b)(2)(A) (The court may grant sanctions against the "disobedient party [and/or] the attorney advising that party," who "fails to obey an order to provide or permit discovery.").

    **ORDERED** in Tampa, Florida on April 14, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc:

Sam Siebu
28484 Pleasant Bay Loop,
Wesley Chapel, FL 33543