UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMEDISYS HOLDING, LLC,

        Plaintiff,

v.                                        Case No.: 8:20-cv-1031-JSM-AAS

SAM SIEBU,

        Defendant.
_____/

## ORDER

Amedisys Holdings, LLC (Amedisys) moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01, et seq., to issue a continuing writ of garnishment against the salary or wages of Sam Sebiu in the possession or control of his employer, Vitas Healthcare Corporation. (Doc. 26).

Judgment was entered against Mr. Siebu and in favor of Amedisys in the amount of $100,000. (Doc. 12). According to the motion, this debt remains unpaid. (Doc. 26, p. 1).

Amedisys' Motion for Continuing Writ of Garnishment (Doc. 26) is **GRANTED**. The Clerk of Court shall issue the writ of garnishment using the form attached to the motion. (Docs. 26-1). The writ shall include copies of: (1) the motion, (2) this order, and (3) the judgment (Doc. 12).

**ORDERED** in Tampa, Florida on November 29, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc:

Sam Siebu
28484 Pleasant Bay Loop
Wesley Chapel, FL 33543