UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMEDISYS HOLDING, LLC,

    Plaintiff,

v.                                                                  Case No.: 8:20-cv-1031-JSM-AAS

SAM SIEBU,

    Defendant.
_____/

## ORDER

Plaintiff Amedisys Holdings, LLC (Amedisys) moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01, et seq., to issue a continuing writ of garnishment against University Health Systems of Eastern Carolina, Inc., for a judgment owed by Sam Siebu. (Doc. 53).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must

1

file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On August 31, 2020, the court entered judgment against Mr. Siebu in the amount of $100,000. (Doc. 12). According to Amedisys' motion, this amount remains unpaid. (Doc. 53, p. 1).

Mr. Siebu is employed by University Health Systems of Eastern Carolina, Inc. d/b/a Vidant Medical Center as Vice President of Human Resources.[1] To aid in satisfaction of the Judgment, Amedisys requests the court issue a Continuing Writ of Garnishment against any and all salary, wages, commission, distributions, profits, or other monies paid to Mr. Siebu in the possession or control of University Health Systems of Eastern Carolina, Inc., whose registered agent is Michael R. Waldrum, up to the amount of the Judgment.

Amedisys' Motion for Writ of Garnishment (Doc. 53) is **GRANTED**. The Clerk of Court shall issue a writ of garnishment to the named garnishee using the form attached to Amedisys' motion. (Doc. 53, Ex. 1). Amedisys must include this Order and the Judgment (Doc. 12) with the writ copies.

---

[1] Mr. Siebu works remotely out of his residence in Wesley Chapel, Florida. As such, this court has personal jurisdiction over University Health Systems of Eastern Carolina, Inc. as they employ Mr. Siebu in this District

2

**ORDERED** in Tampa, Florida on July 27, 2022.

*Amanda Arnold Sansone*

AMANDA ARNOLD SANSONE
United States Magistrate Judge