UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AMEDISYS HOLDING, LLC,**

    **Plaintiff,**

v.                                      **Case No.: 8:20-cv-1031-JSM-AAS**

**SAM SIEBU,**

    **Defendant.**
_____/

## ORDER

Plaintiff Amedisys Holdings, LLC (Amedisys) moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01, et seq., to issue a writ of garnishment against Block, Inc. for a judgment owed by Sam Siebu. (Doc. 54).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ

must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On August 31, 2020, the court entered judgment against Mr. Siebu in the amount of $100,000. (Doc. 12). According to Amedisys' motion, this amount remains unpaid. (Doc. 54, p. 1).

Amedisys' Motion for Writ of Garnishment (Doc. 54) is **GRANTED**. The Clerk of Court shall issue a writ of garnishment to the named garnishee using the form attached to Amedisys' motion. (Doc. 54, Ex. 1). Amedisys must include this Order and the Judgment (Doc. 12) with the writ copies.

**ORDERED** in Tampa, Florida on July 27, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge